UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 AUG 13 PM 3:01
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 07CR1773-BEN |
| Plaintiff, ) | |
| vs ) | JUDGMENT OF DISMISSAL |
| JOSE ANGEL LOPEZ-CHAVEZ ) | (Rule 32(d)(1), Fed.R.Crim.P.) |
| Defendant, ) | |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed against the defendant and the Court has granted the motion of the Government for dismissal of this case without prejudice; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of:

8:1325 - Illegal Entry (Misdemeanor) (Count 1)
8:1325 - Illegal Entry (Felony) (Count 2-3)

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 32(d)(1), Federal Rules of Criminal Procedure.

DATED: 8/10/07

_____
United States Magistrate Judge

ENTERED ON _____

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 07CR1773-BEN |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
|  | ) | Booking No. 01233298 |
| Jose Angel Lopez-Chavez | ) |  |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __8-10-07__

the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

✓ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

✓ Other. Deft. to remain in custody on new case # 07CR2133-BEN

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____ Deputy Clerk

Received _____
DUSM

Crim-9   (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY